*April 7, 2017*

2017-Ohio-1298.]

**2017-0079. State ex rel. Delaware Joint Vocational School Dist. Bd. of Edn. v. Testa.**
In Mandamus. On relator's motion for reconsideration. Motion denied. On relator's motion to supplement the record. Motion denied.
O'DONNELL, KENNEDY, O'NEILL, and DEWINE, JJ., concur.
O'CONNOR, C.J., and FRENCH and FISCHER, JJ., dissent and would grant the motion for reconsideration and issue a writ of mandamus.

*April 7, 2017*

2017-Ohio-1300.]

**2017-0373. Stevens v. S.W.L.H.S. Invest. Partners.**
Lucas App. No. L–15–1129, 2017-Ohio-415. On appellants' motion to stay execution of judgment pending appeal. Motion granted. The bond posted with the Lucas County Clerk of Court is continued.
O'CONNOR, C.J., and DEWINE, J., dissent.

**2017-0415. State v. Davenport.**
Montgomery App. Nos. 27096 and 27097, 2017-Ohio-688. On appellant's motion to stay the execution of the sentence. Motion denied.
O'NEILL, J., dissents.

*April 10, 2017*

2017-Ohio-1299.]

**2015-0286. Cincinnati Bar Assn. v. Ball.**
On relator's motion to hold respondent in contempt. Motion denied.